IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
RAMONITA IVETTE SOTO CRUZ
XXX-XX-2346

Case No.: 12-04450-MCF

Chapter 13

Debtor(s)

TRUSTEE'S OBJECTION TO CLAIM #08-3 FILED BY
(OR ON BEHALF OF): DEPARTMENT OF TREASURY

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. Creditor DEPARTMENT OF TREASURY filed claim #08-3.

2. The Trustee objects to this claim because the name of the Debtor on this claim does not coincide with either of the names of the Debtors in this case.

**WHEREFORE** the Trustee respectfully prays this Honorable Court that Claim #08-3 filed by Creditor DEPARTMENT OF TREASURY be disallowed for the reasons herein set forth.

**30 DAY NOTICE AND CERTIFICATE OF SERVICE:** Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

In San Juan, Puerto Rico this Friday, January 25, 2013.

/s/JOSE R CARRION
JOSE R CARRION
CHAPTER 13 TRUSTEE
PO BOX 9023884, OLD SAN JUAN STAT.
SAN JUAN PR 00902-3884
TEL. (787) 977-3535
FAX (787) 977-3550

MMT

12-04450-MCF
RAMONITA IVETTE SOTO CRUZ

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| RAMONITA IVETTE SOTO CRUZ | DEPARTMENT OF TREASURY |
| JOSE DELGADO | BANKRUPTCY SECTION SUITE 1504 |
| F15 CALLE 4 | 235 AVE ARTERIAL HOSTOS |
| CAGUAS, PR 00725 | SAN JUAN, PR 00918-1454 |

ROBERTO FIGUEROA CARRASQUILL*
PO BOX 193677
SAN JUAN, PR 00919-3677

In San Juan, Puerto Rico this Friday, January 25, 2013.

_____
Chapter 13 Clerk