IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE      *      BKRTCY. NO. 12-04450 MCF

RAMONITA IVETTE SOTO CRUZ      *      CHAPTER 13

*

DEBTOR

### DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

**TO THE HONORABLE COURT:**

**COME NOW, RAMONITA IVETTE SOTO CRUZ**, debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated March 18, 2013, herewith and attached to this motion.

2. This Plan modification is filed to cure post-petition arrears with the Chapter 13 Trustee as well as the post-petition arrears incurred with secured creditor WC Finance.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(g)

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 12-04450 MCF

Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

    **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of March, 2013.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                             Case No. 3:12-bk-4450

SOTO CRUZ, RAMONITA IVETTE                                         Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3/18/2013                                              ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION                                          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200.00 x 6 = $ 1,200.00
$ 0.00 x 2 = $ 0.00
$ 250.00 x 14 = $ 3,500.00
$ 550.00 x 38 = $ 20,900.00
$ ___ x ___ = $ ___

TOTAL: $ 25,600.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 25,600.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,861.00

Signed: /s/ Ramonita Soto Cruz
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. WC FINANCE INC   Cr. ___   Cr. ___
# Post-petition Arrears   # ___   # ___
$ 1,970.08   $ ___   $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: ___
6. ☑ Debtor otherwise maintains regular payments directly to:
WC FINANCE INC
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Priority: $15,292.
Debtor assume residential lease with: Hilda Luyando; Rent-A-Center.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor R. Figueroa Carrasquillo Law Office         Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

IN RE SOTO CRUZ, RAMONITA IVETTE

Debtor(s)

Case No. 3:12-bk-4450

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | Hilda Luyando<br>Rent-A-Center | | |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CHAPTER 13 PAYMENT PLAN