UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RAMONITA IVETTE SOTO CRUZ<br><br>DEBTOR (S) | CASE NO. 12-04450-MCF<br><br>CHAPTER 13 |

## AMENDED TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN MODIFICATION UNDER §1329

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.** Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in . **R2016 STM**.**$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,861.00 Fees paid: $1,344.88 Fees Outstanding: $1,516.12**

With respect to the proposed (amended) Plan dated: **3/18/2013** (Dkt 37). Plan Base: $**25,600.00**

**The Trustee <u>Recommends</u> the <u>confirmation</u> of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1329 and other related sections of the Bankruptcy Code.**

**Comments:**

**NONE**

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this April 05, 2013.

/s/ Jose R. Carrion
JOSE R. CARRION, CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550

MS