IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RAMONITA IVETTE SOTO CRUZ<br><br><br>XXX-XX-2346<br><br><br><br>Debtor(s) | CASE NO. 12-04450 MCF<br>Chapter 13<br><br><br><br><br>**FILED & ENTERED ON 05/17/2013** |

### ORDER APPROVING POST-CONFIRMATION MODIFIED PLAN

This case is before the Court on debtor(s)' post-confirmation modified plan (docket entry # 37). It appearing that due notice was given and that there are no objections, the Court hereby approves debtor(s)' post-confirmation modification and it becomes the plan.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17 day of May, 2013.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     ROBERTO FIGUEROA CARRASQUILLO
     JOSE RAMON CARRION MORALES