IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 12-04450 MCF |
| | * | |
| RAMONITA IVETTE SOTO CRUZ | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S MOTION REQUESTING *ORDER DISMISSING CASE*
DOCKET NO. 56 BE SET ASIDE/RECONSIDERATION AND
REQUEST FOR CONVERSION TO CHAPTER 7**

**TO THE HONORABLE COURT:**

**COMES NOW, RAMONITA IVETTE SOTO CRUZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On April 15, 2014, the Court issued an *Order Dismissing Case*, docket no. 56, whereby the above captioned case was dismissed, for failure to "make plan payments" as stated by the Chapter 13 Trustee in his *Trustee's Motion to Dismiss*, docket no. 51.

2. The debtor respectfully submits that she did incur in the Plan arrears as stated by the Chapter 13 Trustee in his motion to dismiss, docket no. 51, but that the Plan arrears were caused by debtor's medical condition which has resulted in a reduction in her work hours and monthly income/salary.

3. The debtor is hereby respectfully requesting reconsideration of the Order of dismissal, whereby, if granted, the case would be re-opened, to allow the debtor to convert the case to a case under Chapter 7.

4. This motion requesting order of dismissal be set aside/reconsideration is grounded on Rule 9024 of the Federal Rules of Bankruptcy Procedure, which applies Rule

Page – 2 –
Debtor's motion for reconsideration
Case no. 12-04450 MCF13

60 of the Federal Rules of Civil Procedure.

5. Under Rule 60 (b) (1) and (6), within a reasonable time, a debtor may request the Court to relieve him from a final order for the following reasons: mistake, inadvertence, surprise, or excusable neglect and/or for any other reason justifying relief from the operation of the judgment. Rule 60 (b) (1) and (6) of the Federal Rules of Civil Procedure.

6. In the present case, the debtor is a nurse and single mother whose medical condition has resulted in a reduction of her work hours and thus, her monthly salary, which current income is insufficient to make the Chapter 13 Plan payments.

7. The debtor respectfully submits that she did reply to the Trustee's motion to dismiss and requested a 30-days extension of time to cure the Plan arrears, at docket no. 52, which was granted by this Honorable Court until April 21, 2014, docket no. 53.

8. However, the *Order Dismissing Case* issued by this Honorable Court was entered on April 15, 2014, docket no. 56, or prior to the expiration of the granted extension of time.

9. Therefore, the debtor respectfully prays the Court re-open and set aside the *Order Dismissing Case*, dated April 15, 2014, docket no. 56, allowing the debtor to continue under the protection of the Bankruptcy Court, and allowing the debtor to convert the present Chapter 13 case to a case under Chapter 7.

**WHEREFORE**, debtor respectfully requests this Honorable Court grant this motion and set aside/reconsider the April 15, 2014, *Order Dismissing Case* (docket no. 56) entered in the above captioned case, for the purposes of allowing the debtor to request a conversion to Chapter 7.

Page – 3 –
Debtor's motion for reconsideration
Case no. 12-04450 MCF13

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of this motion to: Jose Ramon Carrion Morales, Chapter 13 Trustee; US Trustee's Office, Monsita Lecaroz Arribas, Esq.; and that a copy of the same has been sent via US Mail to the debtor Ramonita Ivette Soto Cruz, Urb Jose Delgado F 15 Calle 4 Caguas PR 00725; and to all creditors and parties in interest appearing in the Master Address List, hereby attached.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 28th day of April, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787- 744-7699 FAX 787-746-5294
Email:rfigueroa@rfclawpr.com

```
Label Matrix for local noticing          BANCO POPULAR PR                         COOP A/C CAGUAS
0104-3                                   PO BOX 366818                            PO BOX 1252
Case 12-04450-MCF13                      SAN JUAN, PR 00936-6818                  CAGUAS, PR 00726-1252
District of Puerto Rico
Old San Juan
Sun Apr 27 10:14:42 AST 2014

MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP   RECOVERY MANAGEMENT SYSTEMS CORP     TREASURY DEPARTMENT OF PUERTO RICO
PO BOX 268941                                RAMESH SINGH                         FEDERAL LITIGATION DIVISION
OKLAHOMA CITY, OK 73126-8941                 25 SE 2ND AVE STE 1120               DEPARTMENT OF JUSTICE
                                             MIAMI, FL 33131-1605                 PO BOX 9020192
                                                                                  SAN JUAN, PR 00902-0192


US Bankruptcy Court District of P.R.     AUDIO VISUAL LANGUAGE                    BANCO POPULAR DE PR
Jose V Toledo Fed Bldg & US Courthouse   PO BOX 350385                            PO BOX 70100
300 Recinto Sur Street, Room 109         MIAMI, FL 33135-0385                     SAN JUAN, PR 00936-8100
San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO             CARIBE FINANCE                           CARLOS A. QUILICHINI PAZ
BANKRUPTCY DEPARTMENT                    PO BOX 35 2020                           JESSICA M. QUILICHINI ORTIZ
PO BOX 366818                            MIAMI FL 33135 8020                      Attorneys for Cooperativa
SAN JUAN PR 00936-6818                                                            P.O. Box 9020895
                                                                                  San Juan, PR 00902-0895


CICA COLLECTION AGENCY, INC.             CLARO                                    COMMOLOCO INC
PO BOX 12338                             PO BOX 70366                             PO BOX 71325
SAN JUAN, PR 00914-0338                  SAN JUAN, PR 00936-8366                  SAN JUAN, PR 00936-8425


DEPARTAMENTO DE HACIENDA                 Department of Treasury-                  ISLAND FINANCE
PO BOX 9024140                           Bankruptcy Section (Suite 1504)          PO BOX 195369
SAN JUAN, PR 00902-4140                  235 Ave. Arterial Hostos                 SAN JUAN, PR 00919-5369
                                         San Juan Puerto Rico 00918-1451


LELAND SCOTT                             MAZA & GREEN                             Midland Funding LLC
NU LADY                                  PO BOX 364028                            by American InfoSource LP as agent
PO BOX 153100                            SAN JUAN, PR 00936-4028                  PO Box 268941
ARLINGTON, TX 76015-9100                                                          Oklahoma City, OK 73126-8941


PR ACQUISITIONS LLC                      (p)SPRINGLEAF FINANCIAL SERVICES         WC FINANCE INC
250 MUNOZ RIVERA AVENUE SUITE 1200       P O BOX 3251                             PMB 125 HC 01 BOX 29030
HATO REY PR 00918-1814                   EVANSVILLE IN 47731-3251                 CAGUAS, PR 00726-4900


WESTERN BANK                             JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS
PO BOX 430                               PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)
MAYAGUEZ, PR 00681-0430                  SAN JUAN, PR 00902-3884                  OCHOA BUILDING
                                                                                  500 TANCA STREET SUITE 301
                                                                                  SAN JUAN, PR 00901


RAMONITA IVETTE SOTO CRUZ                ROBERTO FIGUEROA CARRASQUILLO
URB JOSE DELGADO                         PO BOX 186
F15 4 STREET                             CAGUAS, PR 00726-0186
CAGUAS, PR 00725-3112
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SPRINGLEAF FINANCIAL S
PO BOX 3251
EVANSVILLE, IN  47731-3251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR  00726-1252

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29