# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 12-04450-MCF |
| RAMONITA IVETTE SOTO CRUZ | CHAPTER 13 |
| DEBTOR | |

### SECOND MOTION REQUESTING *ORDER DISMISSING CASE*, DOCKET NO. 56, BE SET ASIDE/RECONSIDERATION AND REQUEST FOR CONVERSION TO CHAPTER 7

TO THE HONORABLE COURT:

**NOW COMES, RAMONITA IVETTE SOTO CRUZ**, through the undersigned attorney, and very respectfully states and prays as follows:

1. On April 15, 2014 the Court issued an *Order Dismissing Case*, docket no. 56, whereby the above captioned case was dismissed, for failure to "make plan payments" as stated by the Chapter 13 Trustee in his Trustee's Motion to Dismiss, docket no. 51.

2. The debtor respectfully submits that she did incur in the Plan arrears as stated by Chapter 13 Trustee in his motion to dismiss, docket no. 51, but that the Plan arrears were caused by debtor's medical condition which has resulted in a reduction in her work hours and monthly income.

3. On April 15, 2014, the debtor filed a Motion requesting dismissal to be set aside/reconsideration, docket no. 58, in order to re-open the case to allow the debtor to convert the case to a case under Chapter 7. As of June 9, 2014 the motion has not been neither granted nor denied by this Court.

4. Therefore, debtor respectfully prays to the Court re-open and set aside the Order Dismissing Case, dated April 15, 2014, docket no. 56, allowing the debtor to continue under the protection of the Bankruptcy Court, and allowing the debtor to convert the present Chapter 13 case to a case under Chapter 7.

**WHEREFORE** it is respectfully requested from this Honorable Court grant this motion and set aside/reconsider the Order Dismissing Case, docket no. 56, entered in the above captioned case, for the purposes of allowing the debtor to request a conversion to Chapter 7.

Page -2-
Second motion requesting reconsideration
Case no. 12-04450-MCF13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor, Ramonita Ivette Soto Cruz, to the address of record: Urb Jose Delgado F 15 Calle 4 Caguas PR 00725; and to all creditors and interested parties appearing in the Master Address List, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 9th day of June, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 12-04450-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Jul  9 09:21:56 AST 2014 | BANCO POPULAR PR<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | COOP A/C CAGUAS<br>PO BOX 1252<br>CAGUAS, PR 00726-1252 |
| MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | TREASURY DEPARTMENT OF PUERTO RICO<br>FEDERAL LITIGATION DIVISION<br>DEPARTMENT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AUDIO VISUAL LANGUAGE<br>PO BOX 350385<br>MIAMI, FL 33135-0385 | BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR  00936-8100 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | CARIBE FINANCE<br>PO BOX 35 2020<br>MIAMI FL 33135 8020 | CARLOS A. QUILICHINI PAZ<br>JESSICA M. QUILICHINI ORTIZ<br>Attorneys for Cooperativa<br>P.O. Box 9020895<br>San Juan, PR 00902-0895 |
| CICA COLLECTION AGENCY, INC.<br>PO BOX 12338<br>SAN JUAN, PR  00914-0338 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR  00936-8366 | COMMOLOCO INC<br>PO BOX 71325<br>SAN JUAN, PR  00936-8425 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | Department of Treasury-<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR  00919-5369 |
| LELAND SCOTT<br>NU LADY<br>PO BOX 153100<br>ARLINGTON, TX  76015-9100 | MAZA & GREEN<br>PO BOX 364028<br>SAN JUAN, PR  00936-4028 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 |
| PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918-1814 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | WC FINANCE INC<br>PMB 125 HC 01 BOX 29030<br>CAGUAS, PR 00726-4900 |
| WESTERN BANK<br>PO BOX 430<br>MAYAGUEZ, PR  00681-0430 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR  00901 |
| RAMONITA IVETTE SOTO CRUZ<br>URB JOSE DELGADO<br>F15 4 STREET<br>CAGUAS, PR 00725-3112 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SPRINGLEAF FINANCIAL S
PO BOX 3251
EVANSVILLE, IN  47731-3251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR  00726-1252

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29